IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS G GUMBAN, | No. CV 09-2144 CRB |
| Plaintiff, | **ORDER APPOINTING COUNSEL** |
| v. | |
| BIG EYE SECURITY, | |
| Defendant.         / | |

Because the Plaintiff has requested and is in need of counsel to assist him in this matter and volunteer attorneys are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Dan Roth (appearing pro hac vice) and Jennifer Greengold Healey are hereby appointed as counsel for Jesus Gumban for the limited purpose of representing him at the Further Case Management Conference that is currently scheduled for September 25, 2009.

**IT IS SO ORDERED.**

Dated: Sept. 18, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\2144\Gumban_counsel_order.wpd