| | |
|---|---|
| 1 | Daniel C. Roth (D.C. No. 503236) |
| | *Pro hac vice* |
| 2 | Jennifer Greengold Healey (SBN 235602) |
| | Federal Pro Bono Project |
| 3 | 450 Golden Gate Ave., 15th Floor, Room 2796 |
| | San Francisco, CA 94102 |
| 4 | Phone: (415) 626-6917 |
| | Fax: (415) 626-6997 |
| 5 | droth@sfbar.org |
| | jgreengold@sfbar.org |
| 6 | |
| 7 | Attorneys for Plaintiff |
| | Jesus Gumban |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JESUS GUMBAN, | ) | |
| | ) | **Civil Case No. 09-2144 (CRB)** |
| Plaintiff, | ) | |
| | ) | **Magistrate Judge Joseph E. Spero** |
| vs. | ) | |
| | ) | **JOINT STIPULATION TO** |
| BIG EYE SECURITY, INC., | ) | **RESCHEDULE SETTLEMENT** |
| | ) | **CONFERENCE** |
| Defendants. | ) | |
| | ) | |

**JOINT STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE**

Due to Plaintiff's Counsel's scheduling conflict, the undersigned counsel for both parties agree and hereby stipulate to the rescheduling, until January 21, 2010 at 9:30 AM, of the settlement conference currently scheduled for December 2, 2009.

Respectfully submitted,

| | |
|---|---|
| /s/ Daniel C. Roth | /s/ Remigius Chibueze |
| Daniel C. Roth (D.C. No. 503236) | Dr. Remigius Chibueze, Esq. (SBN 221423) |
| *Pro hac vice* | **Chibueze Law Offices** |
| **Federal Pro Bono Project** | 1330 Broadway, Suite 515 |
| 450 Golden Gate Ave., 15th Floor, Room 2796 | Oakland, CA 94612 |
| San Francisco, CA 94102 | |
| Attorney for Plaintiff Jesus Gumban | Attorney for Defendant Big Eye Security, Inc. |
| Dated: 11/16/9 | |

[Court seal: IT IS SO ORDERED, Judge Joseph C. Spero, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

**JOINT STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE;**
**CASE NO.09-0499; PAGE 1 OF 1**