Daniel C. Roth (D.C. No. 503236)
*Pro hac vice*
Jennifer Greengold Healey (SBN 235602)
Federal Pro Bono Project
450 Golden Gate Ave., 15th Floor, Room 2796
San Francisco, CA 94102
Phone: (415) 626-6917
Fax: (415) 626-6997
droth@sfbar.org
jgreengold@sfbar.org

Attorneys for Plaintiff
Jesus Gumban

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GUMBAN, | ) |
| Plaintiff, | ) **Civil Case No. 09-2144 (CRB)** |
| vs. | ) **Magistrate Judge Joseph E. Spero** |
| BIG EYE SECURITY, INC., | ) **JOINT STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE** |
| Defendants. | ) |

### JOINT STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE

Due to Plaintiff's Counsel's scheduling conflict, the undersigned counsel for both parties agree and hereby stipulate to the rescheduling, until January 21, 2010 at 9:30 AM, of the settlement conference currently scheduled for December 2, 2009.

Respectfully submitted,

| /s/ Daniel C. Roth | /s/ Remigius Chibueze |
|---|---|
| Daniel C. Roth (D.C. No. 503236) | Dr. Remigius Chibueze, Esq. (SBN 221423) |
| *Pro hac vice* | **Chibueze Law Offices** |
| **Federal Pro Bono Project** | 1330 Broadway, Suite 515 |
| 450 Golden Gate Ave., 15th Floor, Room 2796 | Oakland, CA 94612 |
| San Francisco, CA 94102 | |
| Attorney for Plaintiff Jesus Gumban | Attorney for Defendant Big Eye Security, Inc. |

Dated: 11/16/9

IT IS SO ORDERED
Judge Joseph C. Spero

**JOINT STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE;**
**CASE NO.09-0499; PAGE 1 OF 1**