# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JESUS GOBAYAN GUMBAN,

                Plaintiff,

v.

BIG-EYE SECURITY, INC.,

                Defendant.

**CASE NO. 3:09-CV-02144-CRB**

**JUDGE CHARLES R. BREYER**

~~[PROPOSED]~~ **ORDER ON JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**

    The attorneys of record for the parties having signed a stipulation requesting the rescheduling of the Case Management Conference currently scheduled for November 20, 2009;

    **IT IS HEREBY ORDERED THAT** the request to reschedule the Case Management Conference is granted. Accordingly, the Case Management Conference is rescheduled for ___ January ___ 29 , 2010.


Dated: November 18, 2009



_____
CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED

Judge Charles R. Breyer