**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS GOBAYAN GUMBAN, )<br>   )<br>            Plaintiff, )<br>   )<br>v. )<br>   )<br>   )<br>BIG-EYE SECURITY, INC., )<br>            Defendant. )<br>_____) | **CASE NO. 3:09-CV-02144-CRB**<br><br>**JUDGE CHARLES R. BREYER**<br><br>~~[PROPOSED]~~ **ORDER ON JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

The attorneys of record for the parties having signed a stipulation requesting the rescheduling of the Case Management Conference currently scheduled for November 20, 2009;

**IT IS HEREBY ORDERED THAT** the request to reschedule the Case Management Conference is granted. Accordingly, the Case Management Conference is rescheduled for __January__ _29_, 2010.

Dated: November 18, 2009

_____
CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

**PROPOSED ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE;**
**CASE NO. 09-2144; PAGE 1 OF 1**