# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JESUS GUMBAN,

    Plaintiff,

vs.

BIG EYE SECURITY, INC.,

    Defendant.

**Civil Case No. 09-2144 (CRB)**

**[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE**

**Judge Charles R. Breyer**

The parties having stipulated to dismissal of this action with prejudice pursuant to their settlement of the claims therein;

This case is hereby DISMISSED, with prejudice. The parties shall bear their own costs and attorney fees.

IT IS SO ORDERED.

Dated: January _27_, 2010



_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE;**
**CASE NO. 09-2144; PAGE 1 OF 1**