UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JESUS GUMBAN,

        Plaintiff,

   vs.

BIG EYE SECURITY, INC.,

        Defendant.

**Civil Case No. 09-2144 (CRB)**

**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**

**Judge Charles R. Breyer**

The parties having stipulated to dismissal of this action with prejudice pursuant to their settlement of the claims therein;

This case is hereby DISMISSED, with prejudice. The parties shall bear their own costs and attorney fees.

IT IS SO ORDERED.

Dated: January _27_, 2010

                                              _____
                                              CHARLES R. BREYER
                                              UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA; stamp "IT IS SO ORDERED" signed Judge Charles R. Breyer]*